# EXHIBIT A

Return Acknowledgement of Receipt 1 of 2
with pre paid Envelope- Thank you

FL-117

| PARTY WITHOUT ATTORNEY or ATTORNEY          STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME: Bryon Nimrod Fitzgabbon <br> FIRM NAME: <br> STREET ADDRESS: 131 Sunset AVE STE E 214 <br> CITY: Suisun City     STATE: CA ZIP CODE: 94585 <br> TELEPHONE NO.: (661) 377-5485     FAX NO.: <br> E-MAIL ADDRESS: Bluumoney@Gmail.com <br> ATTORNEY FOR (name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: **Old Solano Courthouse**
MAILING ADDRESS: **580 Texas Street**
CITY AND ZIP CODE: **Fairfield, CA 94533**
BRANCH NAME:

PETITIONER: Bryon Nimrod Fitzgabbon
RESPONDENT: Experian Information Solutions Inc

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | CASE NUMBER: <br> Cu 25-07024 |
|---|---|

*(Sender completes items 1 through 4 and signs before mailing.  Recipient completes items 5 and 6, signs, then returns)*

1.  To (name of individual being served): Darryl Gibson

**NOTICE**

The documents identified below are being served on you by mail with this acknowledgment form. You must personally sign, or a person authorized by you must sign, this form to acknowledge receipt of the documents.

If the documents described below include a summons and you fail to complete and return this acknowledgment form to the sender within 20 days of the date of mailing, you will be liable for the reasonable expenses incurred after that date in serving you or attempting to serve you with these documents by any other methods permitted by law.  If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below. This is **not** an answer to the action. If you do not agree with what is being requested, you must submit a completed *Response* form to the court within 30 calendar days.

2.  Date of mailing (specify): 08/01/2025

3.  _____        By _____
    (TYPE OR PRINT SENDER'S NAME)                  (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE
                                                    AND MUST BE 18 YEARS OR OLDER)

**ACKNOWLEDGMENT OF RECEIPT**

4.  I agree I received the following:

a. ☐ Family Law: *Petition—Marriage/Domestic Partnership* (form FL-100 ), *Summons* (form FL-110 ), and blank *Response—Marriage/Domestic Partnership* (form FL-120 )

b. ☐ Uniform Parentage: *Petition to Determine Parental Relationship* (form FL-200 ), *Summons* (form FL-210 ), and blank *Response to Petition to Determine Parental Relationship* (form FL-220 )

c. ☐ Custody and Support: *Petition for Custody and Support of Minor Children* (form FL-260 ), *Summons* (form FL-210 ), and blank *Response to Petition for Custody and Support of Minor Children* (form FL-270 )

d. ☐ (1) ☐ Completed and blank *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105 )

(2) ☐ Completed and blank *Declaration of Disclosure* (form FL-140 )

(3) ☐ Completed and blank *Schedule of Assets and Debts* (form FL-142 )

(4) ☐ Completed and blank *Income and Expense Declaration* (form FL-150 )

(5) ☐ Completed and blank *Financial Statement (Simplified)* (form FL-155 )

(6) ☐ Completed and blank *Property Declaration* (form FL-160 )

(7) ☐ *Request for Order* (form FL-300 ), and blank *Responsive Declaration to Request for Order* (form FL-320 )

(8) ☐ Other *(specify)*:

5.  Recipient signed this acknowledgment on *(specify date)*: _____

6.  _____    ▶    _____
    (TYPE OR PRINT NAME OF PERSON ACKNOWLEDGING RECEIPT)    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
FL-117 [Rev. January 1, 2021]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT**
**(Family Law)**

Code of Civil Procedure, § 415.30, 417.10
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [ Print this form ]    [ Save this form ]    [ Clear this form ]

FL-117

| PARTY WITHOUT ATTORNEY or ATTORNEY       STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME: *Bryan Nimrod Fitzgibbon* | |
| FIRM NAME: | |
| STREET ADDRESS: *131 Sunset AVE STE E 214* | |
| CITY: *Suisun City,*    STATE: *CA* ZIP CODE: *94585* | |
| TELEPHONE NO.: *(661) 377-5485*    FAX NO.: | |
| E-MAIL ADDRESS: *Bluumoney@GMAIL.COM* | |
| ATTORNEY FOR (name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Old Solano Courthouse
STREET ADDRESS:
MAILING ADDRESS: 580 Texas Street
CITY AND ZIP CODE: Fairfield, CA 94533
BRANCH NAME:

PETITIONER: *Bryan Nimrod Fitzgibbon*

RESPONDENT: *Experian Information Solutions Inc*

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | CASE NUMBER: *CU25-07024* |
|---|---|

*(Sender completes items 1 through 4 and signs before mailing. Recipient completes items 5 and 6, signs, then returns)*

1. To *(name of individual being served):* *Darryl Gibson*

**NOTICE**

The documents identified below are being served on you by mail with this acknowledgment form. You must personally sign, or a person authorized by you must sign, this form to acknowledge receipt of the documents.

If the documents described below include a summons and you fail to complete and return this acknowledgment form to the sender within 20 days of the date of mailing, you will be liable for the reasonable expenses incurred after that date in serving you or attempting to serve you with these documents by any other methods permitted by law. If you return this form to the sender, service of a summons is deemed complete on the date you sign the acknowledgment of receipt below. This is **not** an answer to the action. If you do not agree with what is being requested, you must submit a completed *Response* form to the court within 30 calendar days.

2. Date of mailing *(specify):* *08/01/2025*

3. _____        ▶  By _____
        (TYPE OR PRINT SENDER'S NAME)              (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE
                                                    AND MUST BE 18 YEARS OR OLDER)

**ACKNOWLEDGMENT OF RECEIPT**

4. I agree I received the following:

   a. ☐  Family Law: *Petition—Marriage/Domestic Partnership* (form FL-100 ), *Summons* (form FL-110 ), and blank *Response—Marriage/Domestic Partnership* (form FL-120 )

   b. ☐  Uniform Parentage: *Petition to Determine Parental Relationship* (form FL-200 ), *Summons* (form FL-210 ), and blank *Response to Petition to Determine Parental Relationship* (form FL-220 )

   c. ☐  Custody and Support: *Petition for Custody and Support of Minor Children* (form FL-260 ), *Summons* (form FL-210 ), and blank *Response to Petition for Custody and Support of Minor Children* (form FL-270 )

   d. ☐ (1) ☐  Completed and blank *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105 )

      (2) ☐  Completed and blank *Declaration of Disclosure* (form FL-140 )

      (3) ☐  Completed and blank *Schedule of Assets and Debts* (form FL-142 )

      (4) ☐  Completed and blank *Income and Expense Declaration* (form FL-150 )

      (5) ☐  Completed and blank *Financial Statement (Simplified)* (form FL-155 )

      (6) ☐  Completed and blank *Property Declaration* (form FL-160 )

      (7) ☐  *Request for Order* (form FL-300 ), and blank *Responsive Declaration to Request for Order* (form FL-320 )

      (8) ☐  Other *(specify):*

5. Recipient signed this acknowledgment on *(specify date):* _____

6. _____        ▶
        (TYPE OR PRINT NAME OF PERSON ACKNOWLEDGING RECEIPT)              (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT)

Page 1 of 1

| Form Approved for Optional Use
Judicial Council of California
FL-117 [Rev. January 1, 2021] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT**
**(Family Law)** | Code of Civil Procedure, § 415.30, 417.10
www.courts.ca.gov |

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**    [ Print this form ]  [ Save this form ]    [ Clear this form ]



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SOLANO
## CIVIL DIVISION

☑ <u>OLD SOLANO COURTHOUSE</u>
580 Texas Street
Fairfield, CA 94533
(707) 207-7330

☐ <u>HALL OF JUSTICE</u>
600 Union Avenue
Fairfield, CA 94533
(707) 207-7330

Case No. CU25-07024

**NOTICE OF ASSIGNMENT OF JUDGE FOR ALL PURPOSES**

Plaintiff(s):

BRYAN NIMROD FITZGABBON

**NOTICE OF CASE MANAGEMENT CONFERENCE ONE**

Defendant(s):

EXPERIAN INFORMATION SOLUTIONS, INC

This matter has been assigned to the following judge for all purposes:

Name: Judge Stephen Gizzi, Department 3

Location: 580 Texas Street, Fairfield, California 94533

This matter has been set for a Case Management Conference One as follows:

Date: DECEMBER 05,2025          Time: 10:30 AM

Plaintiff and any Defendants served with the summons and complaint MUST APPEAR at this hearing unless otherwise instructed by the court. Parties with attorneys may appear through counsel.

This notice contains important information regarding the case management process. The court expects all attorneys and parties without attorneys to read this notice and to comply with the instructions.

 If you are the **PLAINTIFF**, you must do the following:

1.  Serve your summons, complaint, and a copy of this *Notice of Case Management Conference One and Notice of Assignment of Judge for All Purposes* ("Notice of CMC One") on all defendants within sixty (60) days of the date you filed your complaint with the court.

2.  File a proof of service of summons showing service has been completed for each defendant.

3.  Comply with the meet and confer obligations in California Rules of Court, rule 3.724 at least thirty (30) days prior to the Case Management Conference One.

4.  File a *Case Management Statement* (Judicial Council form CM-110) with the court and have it served on all attorneys (or parties representing themselves) at least fifteen (15) days before the Case Management Conference One.

5.  Review and comply with local and statewide rules regarding civil litigation. They are available at:
    http://www.courts.ca.gov/rules.htm
    http://www.solano.courts.ca.gov/LocalRulesofCourt.html

 **If you are the DEFENDANT, you must do the following:**

1. File and serve any responsive pleadings within thirty (30) days after the complaint is served on you, if you have not already done so. This deadline cannot be extended unless authorized by law.

    *Appearing at the Case Management Conference One does not excuse a defendant from this requirement.*

2. File a proof of service showing all plaintiffs have been served with a copy of your responsive pleadings.

3. Comply with the meet and confer obligations in California Rules of Court, rule 3.724 at least thirty (30) days prior to the Case Management Conference One.

4. File a *Case Management Statement* (Judicial Council form CM-110) with the court and have it served on all attorneys (or parties representing themselves) at least fifteen (15) days before the Case Management Conference One.

5. Review and comply with local and statewide rules regarding civil litigation. They are available at:

   *http://www.courts.ca.gov/rules.htm*
   *http://www.solano.courts.ca.gov/LocalRulesofCourt.html*

 **If you are the DEFENDANT and you have filed or will file a CROSS-COMPLAINT, you must do the following:**

1. Serve a copy of this *Notice of CMC One* on each cross-defendant with the cross-complaint.

2. Ensure that any cross-complaint served after Case Management Conference One has been held has a *Notice of Case Management Conference Two* served with it.

 **If you are demanding a JURY TRIAL, you must do the following:**

1. Ensure that jury fees are paid as required by law. If you believe you cannot afford the jury fee, you can ask the court to waive them. Ask the Civil Clerk's office for more information.

   $ *At least one party demanding a jury on each side of a civil case must pay a nonrefundable fee of $150.00 on or before the initial case management conference or as otherwise provided by statute.*

 **WHAT TO EXPECT AT CASE MANAGEMENT CONFERENCE ONE AND AFTER:**

1. At any Case Management Conference, counsel shall be completely aware of all procedural, factual, and legal aspects of the case. They shall also have full authority to discuss and resolve any issues that arise at the conference, including settlement of the case. *This applies equally to both attorneys of record and specially-appearing counsel.*

2. The court will set the date, time, and place for any future case management conferences. The court will also make orders about what the court expects counsel and self-represented parties will accomplish prior to those case management conferences.

3. Each attorney of record and self-represented party shall complete, file, and serve a *Case Management Statement* (Judicial Council form CM-110) at least fifteen (15) days before each future case management conference hearing, unless the court excuses that requirement.

> The court may impose sanctions pursuant to Solano County Local Rules, rule 4.6, if a Case Management Statement is not timely filed and/or served or is not fully completed, or if the requirements of Rule 4.6 are not met, or if an attorney or self-represented party fails to appear at the conference without good cause.

---

**NOTICE OF ASSIGNMENT OF JUDGE AND CMC ONE**

## AFFIDAVIT OF SERVICE

I, the undersigned, declare under penalty of perjury that I am employed as a deputy clerk of the above-entitled court, that I am not a party to the above-entitled action, and that I served this *Notice Of Assignment Of Judge For All Purposes & Notice Of Case Management Conference One* as follows:

☐ **ELECTRONIC SERVICE:** I served the notice electronically on (date) _____
at (time) _____ on the person(s) named below:

Name:

Email address:

Name:

Email address:

☐ See next page for additional service

☑ **PERSONAL SERVICE:** I served the notice personally on (date) 8/1/2025 _____
at (time) 9:42 AM _____ on the person(s) named below:

Name: BYRAN NIMROD FITZGABBON

Name: *Bryan Nimrod Fitzgabbon*

☐ See next page for additional service

☐ **MAILED SERVICE:** I caused to be placed a true copy of this notice in an envelope which was then sealed and postage fully prepaid on the date shown below; that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the above stated document will be deposited in the Superior Court of California, County of Solano's outgoing mailbox for collection by county mail carriers on the date indicated. Said envelope was addressed to the attorneys for the parties, or the parties, as shown below:

☐ See next page for additional service

Date: 8/1/2025

Clerk of the Court
Superior Court of California, County of Solano

By: _____

Deputy Clerk

NOTICE OF ASSIGNMENT OF JUDGE AND CMC ONE

## AFFIDAVIT OF SERVICE

Additional Service Addresses:

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Bryan Nimrod Fitzgabbon　　131 Sunset AVE STE E 24 Suisun City, CA 94585 | FILED/ENDORSED<br>Clerk of the Superior Court<br>AUG 01 2025<br>By D. CIMMINO<br>DEPUTY CLERK |
| TELEPHONE NO.: (661)377-5485　FAX NO.: | |
| EMAIL ADDRESS: Bluuimoney@gmail.com | |
| ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Solano
STREET ADDRESS: 580 Texas ST
MAILING ADDRESS:
CITY AND ZIP CODE: Fairfield CA 94533
BRANCH NAME:

CASE NAME: Bryan Nimrod Fitzgabbon V. Experian Information Solutions Inc

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: CU25-07024 |
|---|---|---|---|
| ☑ Unlimited<br>(Amount demanded exceeds $35,000) | ☐ Limited<br>(Amount demanded is $35,000 or less) | ☐ Counter　☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: STEPHEN GIZZI<br>DEPT: 3 |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☑ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☑ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 08/01/2025

By: Bryan Nimrod Fitzgabbon
*(TYPE OR PRINT NAME)*
By: _____ UCC 1-308
*(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]  [Save this form]   [Clear this form]

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** Experian Information Solutions, Inc
**(AVISO AL DEMANDADO):** ~~Darryl Gibson~~ ~~BFI~~

**YOU ARE BEING SUED BY PLAINTIFF:** Bryan Nimrod Fitzgabbon
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: OLD SOLANO COURT HOUSE
(El nombre y dirección de la corte es): 580 Texas St. Fairfield CA 94533

**CASE NUMBER:** (Número del Caso) CU25-07024

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Bryan Nimrod Fitzgabbon 131 Sunset AVE STE E 214 Susun City, CA 94585 (661) 377-5485

**DATE:** AUG 01 2025
(Fecha)

Clerk, by Summins , Deputy
(Secretario) (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ] [ Save this form ]     [ Clear this form ]

**PLD-C-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Bryan Nimrod Fitzgabbon | | |

FIRM NAME:

STREET ADDRESS: 131 Sunset AVE STE E 214

CITY: Suisun City,    STATE: CA    ZIP CODE: 94585

TELEPHONE NO.: (661) 577-5485    FAX NO.:

EMAIL ADDRESS: Blaumoney@GMAIL.Com

ATTORNEY FOR:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Solano

STREET ADDRESS: 580 Texas ST

MAILING ADDRESS:

CITY AND ZIP CODE: Fairfield CA 94533

BRANCH NAME:

**FILED/ENDORSED**
Clerk of the Superior Court

**AUG 01 2025**

By _____
DEPUTY CLERK

PLAINTIFF: Bryan Nimrod Fitzgabbon

DEFENDANT: Experian Information Solutions, Inc

☐ DOES 1 TO _____

| | **CONTRACT** |
|---|---|
| ☒ **COMPLAINT** | ☐ **AMENDED COMPLAINT** (Number): |
| ☐ **CROSS-COMPLAINT** | ☐ **AMENDED CROSS-COMPLAINT** (Number): |

$435.00/FW

CASE NUMBER: **CU25-07024**

**Jurisdiction** (check all that apply):

☐ **ACTION IS A LIMITED CIVIL CASE** (does not exceed $35,000)
    Amount demanded ☐ does not exceed $10,000
                      ☐ exceeds $10,000

☒ **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $35,000)

☐ **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

1. **Plaintiff** (name or names): Bryan Nimrod Fitzgabbon

    alleges causes of action against **defendant*** (name or names): Experian Information Solutions, Inc

2. This pleading, including attachments and exhibits, consists of the following number of pages: **26**

3. a. Each plaintiff named above is a competent adult

**ASSIGNED TO JUDGE STEPHEN GIZZI FOR ALL PURPOSE**

    ☐ except plaintiff (name):
        (1) ☐ a corporation qualified to do business in California.
        (2) ☐ an unincorporated entity (describe):
        (3) ☐ other (specify):

  b. ☐ Plaintiff (name):
        (1) ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

        (2) ☐ has complied with all licensing requirements as a licensed (specify):

  c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person

| ☐ except defendant (name): | ☐ except defendant (name): |
|---|---|
| (1) ☐ a business organization, form unknown. | (1) ☐ a business organization, form unknown. |
| (2) ☐ a corporation. | (2) ☐ a corporation. |
| (3) ☐ an unincorporated entity (describe): | (3) ☐ an unincorporated entity (describe): |
| (4) ☐ a public entity (describe): | (4) ☐ a public entity (describe): |
| (5) ☐ other (specify): | (5) ☐ other (specify): |

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2024]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

**PLD-C-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4.  b.  The true names of defendants sued as Does are unknown to plaintiff.

      (1) ☐ Doe defendants *(specify Doe numbers):*          were the agents or employees of the named
              defendants and acted within the scope of that agency or employment.

      (2) ☐ Doe defendants *(specify Doe numbers):*          are persons whose capacities are unknown to
              plaintiff.

    c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.

    d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☒ Plaintiff is required to comply with a claims statute, and

    a. ☒ has complied with applicable claims statutes, *or*

    b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to    ☐ Civil Code section 1812.10    ☐ Civil Code section 2984.4.

7. This court is the proper court because

    a. ☐ a defendant entered into the contract here.

    b. ☐ a defendant lived here when the contract was entered into.

    c. ☐ a defendant lives here now.

    d. ☐ the contract was to be performed here.

    e. ☒ a defendant is a corporation or unincorporated association and its principal place of business is here.

    f. ☐ real property that is the subject of this action is located here.

    g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☒ Breach of Contract

    ☐ Common Counts

    ☒ Other *(specify):* Defamation Professional Negligence and Fraud

9. ☒ Other allegations: see attachment

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. ☒ damages of: $ 150,000.00 USD

    b. ☐ interest on the damages

        (1) ☐ according to proof

        (2) ☐ at the rate of *(specify):*     percent per year from *(date):*

    c. ☐ attorney's fees

        (1) ☐ of: $

        (2) ☐ according to proof.

    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 08/01/2025

By: Bryan Fitzgibbon Nimrod
        (TYPE OR PRINT NAME)

▶ By: _____ UCC 1-308
          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

**COMPLAINT—Contract**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ] [ Save this form ] [ Clear this form ]

NATURE OF THE ACTION

1. This is an action for damages arising from the unlawful credit reporting practices of Experian Information Solutions, Inc., regarding allegations of misinformation and incorrect reporting on the plaintiff's credit report, in violation of federal laws and the Fair Credit Reporting Act (FCRA).

JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, as the matters arise under the FCRA. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the defendant conducts business in this district and the events giving rise to this claim occurred in this district.

FACTUAL ALLEGATIONS

3. Despite repeated notifications regarding discrepancies and errors in the reporting of credit accounts, the defendant has willfully failed to correct these inaccuracies, causing significant harm to the plaintiff's financial standing.  Plaintiff maintains that Experian violated several federal statutes and FCRA provisions, including but not limited to:

FCRA VIOLATIONS

COUNT I

Failure to Forward Disputes

in Violation of the FCRA, 15 U.S.C. § 1681i(a)(2).

COUNT II

Failure to Conduct a Reasonable Reinvestigation and Failure to Provide

Furnishers with All Relevant Information in Violation of the FCRA, 15 U.S.C.

1    § 1681i(a)(1)(A), (2).

2

3    COUNT III

4    Failure to Reinvestigate Disputes About Hard Inquiries in Violation of the

5    FCRA, 15 U.S.C. § 1681i(a)(1)(A), (2).

6

7    COUNT IV

8    Deleting Tradelines Without an Investigation in Violation of the FCRA, 15

9    U.S.C. § 1681i(a)(1)(A).

10

11

12   COUNT V

13   Unreasonable Over-Reliance on a Furnisher's ACDV Response in Violation of

14   the FCRA, 15 U.S.C. § 1681i(a)(1)(A).

15

16   COUNT VI

17   Failure to Delete Inaccurate, Incomplete, or Unverified Information in Violation of the FCRA, 15

18   U.S.C. § 1681i(a)(5)(A).

19

20   COUNT VII

21   Failure to Provide Notice of the Results of the Reinvestigation in Violation of

22   the FCRA, 15 U.S.C. § 1681i(a)(6)(A).

23

24   COUNT VIII

25   Failure to Maintain Reasonable Procedures Designed to Prevent Reinsertion

26   and Unlawful Reinsertion of Previously Deleted Information in Violation of

27   the FCRA, 15 U.S.C. § 1681i(a)(5)(B), (C).

28

Attachment 2

COUNT IX

Failure to Implement and Follow Reasonable Procedures to Assure Maximum

Possible Accuracy in Violation of the FCRA, 15 U.S.C. § 1681e(b).

COUNT X

Unfair Acts or Practices: Failing to Convey Consumers' Disputes to

Furnishers Fully and Accurately.

COUNT XI

Unfair Acts or Practices: Excessive and Unreasonable Reliance on a

Furnisher's ACDV Response.

COUNT XII

Unfair Acts or Practices: Failing to Prevent Improper Tradeline Reinsertions.

COUNT XIII

Violations of the CFPA Arising from FCRA Violations.

I reference Case Number: 8:25-cv-24 CFPB V. Experian Information Solutions, Inc in support of

claim.

DAMAGES

4. Plaintiff claims the following damages amounting to $150,000.00 USD.

1. Repeated public and private embarrassment due to loan and housing denials.

2. Loss of housing stability and inability to travel due to auto denials.

3. Mental anguish, anxiety, stress, sleep loss, and reputational damage.

Attachment 3

1

## PRAYER FOR RELIEF

2

3  5. Wherefore, plaintiff prays for judgment against defendant as follows:

4  1. For an award of actual damages in the amount of $150,000.00 USD.

5  2. For statutory damages as provided under the FCRA.

6  3. For punitive damages due to the willful nature of the violations.

7  4. For costs of this action, including attorney's fees.

8  5. For any other relief the Court deems just and proper.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attachment 4

**Notice of Intent- Fee Schedule**

To Whom It May Concern:

The annexed Notice of Intent -- Fee Schedule is a schedule of mandatory fees instated by the Beneficial Owner, Bryan Nimrod Fitzgabbon ©, Authorized Representative on behalf of BRYAN NIMROD FITZGABBON ©, BRYAN N. FITZGABBON © and BRYAN FITZGABBON ©, Ens Legis. I, BRYAN NIMROD FITZGABBON ©, do hereby set forth fees to be instituted in any business dealing with BRYAN NIMROD FITZGABBON ©, BRYAN N. FITZGABBON © and BRYAN FITZGABBON ©, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days(15) after the day of receipt. If said fees are not met, it is the right of the Beneficial Owner Bryan Nimrod Fitzgabbon ©, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Beneficial Owner, Bryan Nimrod Fitzgabbon ©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved,

By _____ TTEE

Bryan Nimrod Fitzgabbon ©, Foreign National
Beneficial Owner, Authorized Representative for
BRYAN NIMROD FITZGABBON©, Ens Legis
**Without Prejudice**

## Witness and Acknowledgement

California State
Solano County

A living man affirmed before me, a Recording Notary, on this ___21ˢᵗ___ day of
___OCT_____,2024, that BRYAN NIMROD FITZGABBON, personally appeared and known to me to be the man whose name is referenced within the instrument and acknowledged to be the same.

Notary Public: _____

My Notary Commission expires ___09 / 05 / 2028___

AMMITA UPPAL
COMM. # 2497005
NOTARY PUBLIC • CALIFORNIA
SOLANO COUNTY
Comm. Exp. SEPT. 5, 2028

*Please See California All-Purpose
Acknowledgment Attached*

# CALIFORNIA ALL PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    }

COUNTY OF _SOLANO_____           }

On _Oct- 21- 2024_____ before me, _Ammita Uppal_____ Notary
        *Date*                                              *Insert Name and Title of the officer*

Public, personally appeared _BRYAN  NIMROD  FITZGABBON_____

_____
                        *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____

AMMITA UPPAL
COMM. # 2497005
NOTARY PUBLIC ● CALIFORNIA
SOLANO COUNTY
Comm. Exp. SEPT. 5, 2028

-------------------------- OPTIONAL --------------------------
*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages:_____ Signer(s) Other Than Named Above:_____

**Capacity(ies) Claimed by Signer(s)**

| Signers Name:_____ | Signers Name:_____ |
|---|---|
| ❑ Corporate Officer – Title(s)_____ | ❑ Corporate Officer – Title(s)_____ |
| ❑ Partner - ❑ Limited ❑ General | ❑ Partner - ❑ Limited ❑ General |
| ❑ Individual    ❑ Attorney in Fact | ❑ Individual    ❑ Attorney in Fact |
| ❑ Trustee ☑Guardian or Conservator | ❑ Trustee ❑Guardian or Conservator |
| ❑ Other:_____ | ❑ Other:_____ |
| Signer is Representing:_____ | Signer is Representing:_____ |

Page 1 of 8
**Notice of Intent- Fee Schedule**

## Private Easements Schedule
Penalty for Private Use $250,000

## Public Easements Schedule
Penalty for Public Use $250,000

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

a. Name $ 50,000 b. Drivers License Number $ 50,000 c. Social Security Number $ 100,000 d. Retinal Scans $ 5,000,000 e. Fingerprinting $ 200,000 f. Photographing $ 200,000 g. DNA $ 5,000,000
1. Mouth swab $ 5,000,000 2. Blood samples $ 5,000,000 3. Urine samples $ 5,000,000 4. Breathalyzer testing $ 5,000,000 5. Hair samples $ 5,000,000 6. Skin samples $ 5,000,000 7. Clothing samples $ 5,000,000 8. Forced giving of fluids/samples $ 5,000,000

**Issue Traffic citations and tickets of any traffic nature:**

Citations $ 60,000

Warning issued on Paper Ticket $ 25,000

**Appearance in court because of traffic citations:**

Time in court $ 75,000/hr with 1 hour min. If Fine is imposed $ 500,000

**Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

Agency by Estoppel $ 50,000

Color of Law $ 150,000

Implied Color of Law $ 150,000.

Criminal Coercion $ 500,000

Page 2 of 8
**Notice of Intent- Fee Schedule**

criminal Contempt of court $ 500,000 Estoppel by Election $

350,000 Estoppel by Laches $ 350,000 Equitable Estoppel $

500,000 Fraud $ 1,000,000

Fraud upon the court $ 2,000,000 Larceny $ 250,000 Grand

Larceny $ 250,000 Larceny by Extortion $ 1,000,000 Larceny by

Trick $ 1,000,000 Obstruction of Justice $ 100,000 Obtaining

Property by False Pretenses $ 1,000,000 Simulating Legal

Process $ 1,000,000 Vexatious Litigation $ 5,000,000 Trespass

upon Motor Conveyance $ 100,000 Unauthorized Relocation of

Motor Conveyance $ 100,000 Seizure of Motor Conveyance $

100,000 Theft of License Plate $ 10,000 Unlawful Lien on Motor

Conveyance $ 50,000

**Use of trade name protected material under threat, duress, and/ or coercion:**

Name written by the informant $ 250,000 Drivers License written by informant $

150,000 Social Security Number written by informant $ 150,000 Miscellaneous

Material written by informant $ 500,000

**Produce any personal information/property for any kind of business interaction:**

a. Financial Information $ 100,000 b. Property inside of motor
vehicle $ 150,000

Page 3 of 8
**Notice of Intent- Fee Schedule**

**Time Usage for traffic stops:**

a. 30 minutes $ 5,000/30 minutes min b. 60 minutes $ 10,000
90 minutes $ 15,000

## Court Appearance Schedule
These fees MUST be paid immediately after my case is finished. Failure to pay fines and
fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

**My Appearance**

under protest and duress: $ 75,000/hour

Voluntarily $ 10,000/hour

**Use of trade name material**

Name

under protest and duress: $ 25,000

Voluntarily $ 10,000

Drivers License

under protest and duress: $ 25,000

Voluntarily $ 10,000

Social Security Number

under protest and duress: $ 25,000

Voluntarily $ 10,000

Miscellaneous Material $ 25,000

Produce any personal information for any kind of business interaction:

Financial Information $ 10,000

Drivers License $ 10,000

Social Security Number $ 250,000

Any documents produced by me $ 10,000 per document **Time usage for court**

**appearances:**

Page 4 of 8
**Notice of Intent- Fee Schedule**

30 minutes

Under Protest and Duress $ 33,500

Voluntarily $ 10,000

60 minutes $ 75,000

Voluntarily $ 20,000

90 minutes or more

Under Protest and Duress $ 100,500

Voluntarily $ 30,000

## Trespass-Fee Schedule

**Trespass** by public official(s), police officer(s), judge(s), attorney(s), Corporation(s)and other fictional entities as well as all others who desire to contract:

Failure to honor God Given Rights $20,000

Failure to honor Oath of Office $50,000

Failure to honor Constitutional Oath $50,000

Failure to honor Written and/or Oral Word $ 5,000

Silence/Dishonor/Default $ 5,000

Failure to honor /No Bond $ 5,000

Phone call to telephone number used by Secured

Party including from alleged debt collectors $ 5,000each

Telephone message left on Secured Party phone

Service or equipment $ 5,000 each

Use of Street Address/Mailing location of Secured Party $ 5,000 each

Time Waiting for Scheduled Service $ 1,000 Minimum or per hour Detention from Free

Movement and/or cuffed $ 75,000 Minimum or per hour Incarceration $ 75,000 Minimum

or per hour

Page 5 of 8
### Notice of Intent- Fee Schedule

Failure to Follow Federal and/or State Statutes,

Codes, Rules and/or Regulations $ 50,000 Failure to State a

Claim upon which

Relief Can Be Granted $250,000 Failure to Present a Living

Injured Party $100,000 Failure to Provide Contract Signed by the Parties

$100,000* Failure to Provide IRS 1099 OID(s), and Other

IRS Reporting Form(s) Requirements upon Request $100,000*

Default By Non Response or Incomplete Response $100,000* Fraud

$1,000,000* Racketeering $1,000,000* Theft of Public Funds $1,000,000*

Dishonor in Commerce $1,000,000* Failure to pay Counterclaim in full within

(30) Thirty

Calendar Days of Default as set forth herein $1,000,000** Perverting

of Justice Judgment $ 1,000,000* Use of Common-law Trade-name/Trade-mark

After One Warning (per each occurrence) $ 50,000 Each w. Forcing

psychiatric evaluations $ 500,000 per day x. Refusal to provide adequate and

proper nutrition

while incarcerated $ 50,000 per day Refusal to provide proper

exercise while

incarcerated $ 50,000 per day Refusal to provide proper dental

care while

Incarcerated $ 50,000 per day Forced giving of body fluids $

5,000,000 per day


Page 6 of 8
**Notice of Intent- Fee Schedule**

Forced injections/inoculations, vaccines $ 5,000,000 per day Forced separation

from marriage contract $ 160,000 per day

Confiscation/kidnapping of a body not a US

Citizen $ 1,600,000 per day

Corporate State continuing a mortgage for more

Than five years in violation of Banking Act of

1864 which takes precedence over current

Statutes at large $ 1,600,000 per day

Attempted extortion of funds from birth certificate

account, Social security account or any other

associated accounts by fraud, deception and

or Forgery by any agent, entity or corporation $ 6,000,000 per count or charge

Attempted extortion of signature $ 6,000,000 per count or charge Attempted forgery

of signature $ 6,000,000 per count or charge

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; If the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

**Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.**

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, It IS kidnapping) $ 50,0000**

**Services to others and/or Corporation(s):**

a. Studying $ 500 per hour

Page 7 of 8
**Notice of Intent- Fee Schedule**

while under threat, duress, coercion $ 75,000 per hour

b. Analyzing $ 500 per hour while under threat, duress, coercion $ 75,000 per hour

c. Research $ 500 per hour while under threat, duress, coercion $ 75,000 per hour

d. Preparing Documents $ 500 per hour while under threat, duress, coercion $ 75,000 per hour

e. Answering Questions $ 500 per hour while under threat, duress, coercion $ 75,000 per hour

f. Providing Information $ 500 per hour while under threat, duress, coercion $ 75,000 per hour

If invoiced, payment is due 15 days after receipt date.

Make all payments to:

Bryan Nimrod Fitzgabbon
% 131 SUNSET AVE STE E 214
SUISUN CITY CALIFORNIA 94585

Page 8 of 8

BRYAN FITZGABBON                                         EXPERIAN
131 SUNSET AVE STE E 214                                 PO BOX 9701
SUISUN CITY CA 94585                                     ALLEN, TX 75013

Today's Date is: October 21 2024          Resource for Report Information is: EpicPro 10/21/2024

*My Date of Birth is* [ 07281989]  *My Social Security Number's Last Four is* [0240]

RE: This letter functions as my lawful and rightful consumer notification of recent and currently discovered item(s) with potential misinformation not certifiably compliant in reporting and or elsewise appears likely deficient in its reporting status' as reported when reported. Additionally, this declaration serves as my consumer rightful demand for adequate investigation/reinvestigation into every aspect of any delinquency and or derogatory data accused of me to adequacy of lawful reporting! I understand that the reporting industry has deliberately developed a mandatorily utilized STANDARD for better ensuring certifiably compliant reporting practices, processes, and procedures are adhered to so that a maximum possible accuracy and completion is believable minus any deviations or diversions from the established and expected reporting of consumer data and acceptance of reported data by a receiving repository!

# Sir/Ma'am,

I am writing you with this formal complaint and a suggestion for appropriate report modification(s) on your part. You are non-compliantly reporting not-compliantly to the and Experian and damaging my credit. You are in violation of the FCRA aka the Fair Credit Reporting Act. The acts in nonobservance imaginably will be subject to fines and damages. I am providing you but this one last fortuity for suitableness of this account. Previously, I had sent you a letter advising you that you were inappropriately reporting. Additionally in that request I in fact did assert your necessary requisite(s) to ensure only compliant information is retained on my file. Due to your now obvious continued misreporting(s) albeit any all or each unfair and or surely unethically non-compliantly reported in that it seems that my forwarded letter was frustratingly ignored .

**Please utilize the following KEY to explain markings on the images of below-shown items being contested:**

* means ***REQUIRED ALWAYS*** ^ **Required If Applies** ~ *Industry-Specific Required*

**BSCF** Base Segment Character Format **HRCF** Header Record… **J1S** J1 Segment **J2S** J2 Segment **K1S** K1 Segment **K2S** K2 Segment **K3S** K3 Segment **K4S** K4 Segment **L1S** L1 Segment **N1S** N1 Segment **TRCF** Trailer Record… **HRPF** Header Record Packed Format **BSPF** Base Segment Packed Format **TRPF** Trailer Record Packed Format <u>**D1 Data Furnisher #1** **DF2 Data Furnisher #2**</u> **T** TransUnion **^NTCU^ essentially stands for Not Metro2/ Translated within Cra/and or is Unknown** **F Equifax** **X** <u>**Experian**</u> **M** Missing but Required Reported **E** Potential Error **I** Inconsistent **N** Not Available or Deceptive **Q** Questionable-conditioned **?** Questionable Mathematically **D** Deviant from standards **U** Unconfirmed or Uncertified Compliant – Attack **+** Do Not Attack **mx** Mixed **mr** Merged **CRRG** Credit Reporting Resource Guide **FCRA** Fair Credit Reporting Act

<u>Annul from reporting now or update appropriately as indicated so to not report any derogatory allegation(s) versus me each any and all negative aspects of</u>

## the reprehensible claims following:

CAPITAL ONE ▓▓▓▓▓ 51780580▓▓ ▓

### Closed NEGATIVE  Other/Unknown Accounts DEROGATORY LATES-related accounts

-D1TX   Late3+

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| *HRCF12 Data Reporter Name D | *HRCF12 CAPITAL ONE .. .. | | |
| *HRCF13 Data Reporter Street Address D | PO BOX 31293 .. | | |
| *HRCF13 Data Reporter City, State, and Postal Zip Code D | SALT LAKE CITY , UT, 84131 .. | | |
| *HRCF14 Data Reporter Telephone Number D | 8009557070 .. | | |
| *BSCF5 Data Reporter Identification Number D | 01DTV001 .. | | |
| ^NTCU^ Item's Subscriber Number D | 01DTV001 I | 1270246 I | -- M |
| *HRCF8 Activity Date D | 02/15/2024 I | 02/01/2024 N | -- M |
| *BSCF7 Account Name Number: .. | 51780580**** .. | 51780580**** .. | -- -- |
| *HRCF3 Account Cycle Identifier: D | -- M | -- M | -- -- |
| ^NTCU^ Date Account Reported: D | 03/07/2024 I | 02/15/2024 I | -- -- |
| *BSCF9 Portfolio Type (Account Type-Detail): .. | Credit Card .. | Credit Card .. | -- -- |
| *BSCF8 Account Type: .. | Credit Card .. | Credit Card .. | -- -- |
| *BSCF21 Account Current Balance: D | -- M | -- M | -- -- |
| ^NTCU^ Date of Account Balance: D | 02/15/2024 I | 02/01/2024 N | -- -- |
| *BSCF15 Scheduled Monthly Payment Amount: D | -- M | -- M | -- -- |
| *BSCF14 Account Terms Frequency: D | -- M | -- M | |
| *BSCF13 Account Terms Length: D | -- M | -- M | -- -- |
| *BSCF11 Credit Limit: .. | $300 .. | $300 .. | -- -- |
| *BSCF12 Account Highest Credit: .. | $384 .. | $384 .. | -- -- |
| *BSCF27 Date of Last Payment: .. | 02/15/2024 .. | 02/15/2024 .. | -- -- |
| *BSCF27 Amount of Last Payment Received: D | -- M | -- M | -- -- |
| *BSCF22 Past Due Amount: Q | -- M | -- M | -- -- |

| | | | |
|---|---|---|---|
| ^NTCU^ Account Condition: .. | Paid .. | Paid .. | -- |
| *BSCF11 Account Credit Limit: .. | $300 .. | $300 .. | -- |
| *BSCF12 Account High Balance/Original Balance: .. | $384 .. | $384 .. | -- |
| ^NTCU^ Account's Date Opened: D | 02/11/2020 I | 02/01/2020 N | -- |
| *BSCF26 Account's Closed Date: U | 02/15/2024 .. | -- M | -- |
| *K1S-3 Creditor Type: .. | Bank Credit Cards .. | Bank Credit Cards .. | -- |
| *K1S-3 Account Ownership Type: .. | Individual .. | Individual .. | -- |
| *BSCF17A Account Status: .. | Closed .. | Closed .. | -- |
| ^NTCU^ Account Status Information: .. | Paid .. | Paid .. | -- |
| ^NTCU^ Account Rating: .. | Paid .. | Paid .. | -- |
| ^NTCU^ Payment Status: .. | Current .. | Current .. | -- |
| *BSCF17B Payment Rating: .. | N/A .. | N/A .. | N/A -- |
| ^NTCU^ Date of Account Information: D | 02/15/2024 I | 02/01/2024 N | -- |
| *BSCF37 ECOA Code: .. | Paid .. | Paid .. | -- |
| *BSCF20 Account Dispute Status: .. | Account not disputed .. | Account not disputed .. | -- |
| ^NTCU^ Date Last Verified: U | 03/07/2024 .. | -- M | -- |
| BSCF19 Creditor Remarks: D | Dispute resolved; reported by grantor I | Account was in dispute - now resolved - reported by subscriber. I | -- |

## Two-Year Payment History

| | Mar 2020 | Apr 2020 | May 2020 | Jun 2020 | Jul 2020 | Aug 2020 | Sep 2020 | Oct 2020 | Nov 2020 | Dec 2020 | Jan 2021 | Feb 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransUnion | | | | | | | | | | | | |
| | Mar 2021 | Apr 2021 | May 2021 | Jun 2021 | Jul 2021 | Aug 2021 | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 |
| | | | | | | | | | | | | |
| | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 |
| Experian | | | | | | | | | | | | |
| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 |

Equifax | None Reported

The currently reported CAPITAL ONE with account number displayed as CAPITAL ONE on my Trans Union report, shown as this information is NOT REPORTED on Experian in this reported claim on my Experian report, and alleged as this information is NOT REPORTED on Equifax in this reported claim on my Equifax report. Any inconsistency, incompleteness, inaccuracy, or omission of the reported item serves as a abnormality from the mandatorily utilized reporting industry's own Metro 2 Data-filled Field Formatted reporting compliance standards, of which there can be NO DEVIATION without JEOPARDIZING THE INTEGRITY OF THE DATA (see CDIA CRRG 3-4) and as so is lawfully questionable until evident confirmation of all aspect(s) of claim(s) are factually true, correct, complete, timely, physically verifiable, and elsewise undeniably valid particularly if not certifiably compliant in full according to the above-mentioned Metro 2 formatted industry requirements. With that in mind, please consider the following suspect reported data fields alleged for this now contested reported item of injury:

Regarding the item questioned above, Activity Date reported as 02/01/2024 for Experian, 02/15/2024 for Trans Union, and as Not Reporting for Equifax for Equifax and as such are one or more, according to protocol, deficient of its exigency of reporting obedience!

As for the item questioned above, Data Reporter Street Address reported as Not Reporting for Experian, PO BOX 31293 for Trans Union, and as Not Reporting for Equifax are one, two, or each in potential deviation(s) from the requisite standard(s) for the compliant reporting, thereby making such reported claims a concern due in part to lesser integrity of data as reported (per CRRG3-4). As reported, there can be NO deviation from the requisite standard(s) for the compliant reporting of Data fields within any Metro 2 Field nor else wise in regard to this mandatorily accurately depicted data field, and as such are one or more apparently deficient of its exigency of reporting assent!

Against the item questioned above, Account Terms Frequency: reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax and as such is one, each or all in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its regulatory mandates as it's a sin qua non for compliant reporting and as such are one or more apparently deficient of its exigency of reporting sufficiency and or amenability!

In regard to item questioned above, Past Due Amount: reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax and as such are one or more seemingly deficient of its exigency of reporting commensurateness and or decorum elsewise! I here now file a written challenge to and for the accusing data reporter and for each any and all of the accepting data reporting repositories to factually attest to thereby corroborating at least the minimally required adequacy of its own reporting and in doing so naturally satisfying the minimal criterion to have utilized their obviously previously-taken-for-granted privilege to report.

In regard to item questioned above, Scheduled Monthly Payment Amount: reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax and as such is in apparent deviation from the requisite standard(s) for certifiably compliant reporting, hence the genesis of my rightful consumer complaint contesting reporter's privilege to report this claim unless it accepts and successfully fulfills the challenge to prove indisputably its confirmed and demonstrated adequacy of reporting practices and process to include no less than the full adherence of their required perfection and completeness of the Credit Reporting Industry's mandatorily utilized Metro 2 Format standards, and as such are one or more likely deficient of its exigency of reporting edict!

In regard to item questioned above, Data Reporter Telephone Number reported as Not Reporting for Experian, 8009537070 for Trans Union, and as Not Reporting for Equifax and as such is one, each or all

Page 4 of 15

in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its regulatory mandates as it's a sin qua non for compliant reporting and as such are one or more apparently deficient of its exigency of reporting sufficiency and or decree(s)!

In regard to item questioned above, Account Current Balance: reported as Not Reporting for Experian, ▮▮▮▮▮▮▮ for Trans Union, and as Not Reporting for Equifax and as such are one or more having the appearance of being substandard of its exigency of reporting precept and or decorum elsewise! I here now file a written preemptory even insistent demand to and for the acusador posturing as if were a lawfully righted data reporter despite there only existing a potentially achievable very conditional PRIVILEGE TO REPORT. Further, I appeal for each any and all of the accepting data reporting repositories to factually attest to (thereby corroborating) at least the minimally required adequacy of its own reporting and in doing so naturally satisfying the minimal criterion to have utilized their obviously previously-taken-for-granted benefit to report.

In regard to item questioned above, Creditor Remarks: reported as Account was in dispute - now resolved - reported by subscriber. for Experian, Dispute resolved; reported by grantor for Trans Union, and as Not Reporting for Equifax and as such is one, each or all in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its regulatory mandates as it's a sin qua non for compliant reporting and as such are one or more assertedly deficient of its exigency of reporting aptitude ,sufficiency, and or amenability!

In cognizance to the item questioned above, Account Terms Length: reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax and as such is in apparent deviation from the requisite standard(s) for certifiably compliant reporting, hence the genesis of my rightful consumer complaint contesting reporter's privilege to report this claim unless it accepts and successfully fulfills the challenge to prove indisputably its confirmed and demonstrated adequacy of reporting practices and process to include no less than the full adherence of their required perfection and completeness of the Credit Reporting Industry's mandatorily utilized Metro 2 Format standards, and as such are one or more likely deficient of its exigency of reporting edict, and as such are one or more for all intents and purposes surely deficient of its exigency of reporting proficiency and or expected appropriateness!

## Annul from reporting now or update appropriately as indicated so to not report any derogatory allegation(s) versus me each any and all negative aspects of the illicit claims following:

CREDIT ONE BANK  #447962652246****  #447962652246****  #447962652246****

**Closed NEGATIVE Other/Unknown Accounts DELINQUENCY LATE(s)-related accounts**

-D1TXF    Late1-2

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| *HRCF12 Data Reporter Name D | *HRCF12 CREDIT ONE BANK .. .. | | |
| *HRCF13 Data Reporter Street Address D | PO BOX 98872 .. | | |
| *HRCF13 Data Reporter City, State, and Postal Zip Code D | LAS VEGAS , NV, 89193 .. | | |
| *HRCF14 Data Reporter Telephone Number D | 8778253242 .. | | |

| | | | |
|---|---|---|---|
| *BSCF5 Data Reporter Identification Number D | 054MR013 .. | | |
| ^NTCU^ Item's Subscriber Number D | 054MR013 E | 3278143 E | 180BB27505 E |
| *HRCF8 Activity Date D | 08/18/2023 E | 08/01/2023 N | 07/01/2023 N |
| *BSCF7 Account Name Number: .. | 444796265246**** .. | 444796265246**** .. | 444796265246**** .. |
| *HRCF3 Account Cycle Identifier: D | -- M | -- M | -- M |
| ^NTCU^ Date Account Reported: D | 08/18/2023 I | 08/18/2023 I | 10/01/2024 N |
| *BSCF9 Portfolio Type (Account Type-Detail): U | Credit Card .. | Credit Card .. | -- M |
| *BSCF8 Account Type: U | Credit Card .. | Credit Card .. | -- M |
| *BSCF21 Account Current Balance: D | -- M | -- M | -- M |
| ^NTCU^ Date of Account Balance: D | 08/18/2023 E | 08/01/2023 N | 07/01/2023 N |
| *BSCF15 Scheduled Monthly Payment Amount: D | -- M | -- M | -- M |
| *BSCF14 Account Terms Frequency: D | -- M | -- M | -- M |
| *BSCF13 Account Terms Length: D | -- M | -- M | -- M |
| *BSCF11 Credit Limit: U | $500 .. | $500 .. | -- M |
| *BSCF12 Account Highest Credit: D | $603 I | $603 I | $500 I |
| *BSCF27 Date of Last Payment: D | 08/18/2023 I | 08/18/2023 I | 07/01/2023 N |
| *BSCF27 Amount of Last Payment Received: D | -- M | -- M | -- M |
| *BSCF22 Past Due Amount: Q | -- M | -- M | -- M |
| ^NTCU^ Account Condition: .. | Paid .. | Paid .. | Paid .. |
| *BSCF11 Account Credit Limit: U | $500 .. | $500 .. | -- M |
| *BSCF12 Account High Balance/Original Balance: D | $603 I | $603 I | $500 I |
| ^NTCU^ Account's Date Opened: D | 10/30/2022 I | 10/01/2022 N | 10/01/2022 N |
| *BSCF26 Account's Closed Date: D | 07/06/2023 .. | -- M | -- M |
| *K1S-3 Creditor Type: D | Bank Credit Cards I | Bank Credit Cards I | All Banks I |
| *K1S-3 Account Ownership Type: .. | Individual .. | Individual .. | Individual .. |
| *BSCF17A Account Status: .. | Closed .. | Closed .. | Closed .. |

| ^NTCU^ Account Status Information: .. | Paid .. | Paid .. | Paid .. |
|---|---|---|---|
| ^NTCU^ Account Rating: .. | Paid .. | Paid .. | Paid .. |
| ^NTCU^ Payment Status: Q | Late 30 Days Q | Current I | Late 30 Days Q |
| *BSCF17B Payment Rating: .. | N/A .. | N/A .. | N/A .. |
| ^NTCU^ Date of Account Information: D | 08/18/2023 E | 08/01/2023 N | 07/01/2023 N |
| *BSCF37 ECOA Code: .. | Paid .. | Paid .. | Paid .. |
| *BSCF20 Account Dispute Status: .. | Account not disputed .. | Account not disputed .. | Account not disputed .. |
| ^NTCU^ Date Last Verified: D | 08/18/2023 .. | -- M | -- M |
| BSCF19 Creditor Remarks: D | Canceled by credit grantor E | Account has been closed due to inactivity. E | Closed or paid account/zero balance Accounts closed by credit grantor E |

## Two-Year Payment History

| | Aug 2021 | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TransUnion** | | | | | | | | | | | | |
| | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 |
| | Sep 2021 | Oct 2021 | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 |
| **Experian** | | | | | | | | | | | | |
| | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 |
| | Oct 2022 | Nov 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 |
| **Equifax** | | | | | | | | | | | | |
| | Oct 2023 | Nov 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | Apr 2024 | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 |

The currently reported CREDIT ONE BANK with account number displayed as CREDIT ONE BANK on my Trans Union report, shown as this information is NOT REPORTED on Experian in this reported claim on my Experian report, and alleged as this information is NOT REPORTED on Equifax in this reported claim on my Equifax report. Any inconsistency, incompleteness, inaccuracy, or omission of the reported item serves as a oddity from the mandatorily utilized reporting industry's own Metro 2 Data-filled Field Formatted reporting compliance standards, of which there can be NO DEVIATION without JEOPARDIZING THE INTEGRITY OF THE DATA (see CDIA CRRG 3-4) and as so is lawfully questionable until evident confirmation of all aspect(s) of claim(s) are factually true, correct, complete, timely, physically verifiable, and elsewise undeniably valid particularly if not certifiably

compliant in full according to the above-mentioned Metro 2 formatted industry requirements. With that in mind, please consider the following suspect reported data fields alleged for this now contested reported item of injury:

In regard to item questioned above, Past Due Amount: reported as Not Reporting for Experian, █████ for Trans Union, and as Not Reporting for Equifax are one, two, or each apparently in potential deviation(s) from the requisite standard(s) for the compliant reporting, thereby making such reported claims a concern in part to lesser integrity of data as reported (per CRRG3-4). OBVIOUSLY, INTEGRITY is the intention of fair and ethical reporting satiety!

In regard to item questioned above, Creditor Type: reported as Bank Credit Cards for Experian, Bank Credit Cards for Trans Union, and as All Banks for Equifax and as such are one or more seemingly deficient of its exigency of reporting decorum! I here now file a written challenge to and for the accusing data reporter and for each any and all of the accepting data reporting repositories to factually chronicle and substantiate the required minimum adequacy of its own reporting and in doing so necessarily satisfying that for and of at least the minimal criterion to have utilized their obviously previously-assumed privilege to report.

In regard to item questioned above, Account Current Balance: reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax and as such is one, each or all in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its regulatory mandates as it's a sin qua non for compliant reporting and as such are one or more assertedly deficient of its exigency of reporting aptitude ,sufficiency, and or amenability!

In regard to item questionably reported above, please note that Creditor Remarks: is reported as Account has been closed due to inactivity. for Experian, Canceled by credit grantor for Trans Union, and as Closed or paid account/zero balanceAccounts closed by credit grantor for Equifax are one, two, or each apparently in potential deviation from the requisite standard(s) for the compliant reporting, thereby making such reported claims a concern due in part to lesser integrity of data as reported (per CRRG3 - 4). As reported, there can be NO deviation from the requisite standard(s) for the compliant reporting of Data fields within any Metro 2 Field nor else wise in regard to this mandatorily accurately depicted data field.

In regard to item questioned above, Account Terms Length: reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax and as such is in apparent deviation from the requisite standard(s) for certifiably compliant reporting, hence the genesis of my rightful consumer complaint contesting reporter's privilege to report this claim unless it accepts and successfully fulfills the challenge to prove indisputably its confirmed and demonstrated adequacy of reporting practices and process to include no less than the full adherence of their required perfection and completeness of the Credit Reporting Industry's mandatorily utilized Metro 2 Format standards.

In regard to item questionably reported above, please note that Data Reporter Telephone Number is reported as Not Reporting for Experian, 8778253242 for Trans Union, and as Not Reporting for Equifax are one, two, or each apparently in potential deviation(s) from the requisite standard(s) for the compliant reporting, thereby making such reported claims a concern due in part to lesser integrity of data as reported (per CRRG3-4). As reported, there can be NO deviation from the requisite standard(s) for the compliant reporting of Data fields within any Metro 2 Field nor else wise in regard to this mandatorily accurately depicted data field.

Against the item questioned above, Account Terms Frequency: reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax and as such is one, each or all in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its regulatory mandates as it's a sin qua non for compliant reporting and as such are one or more

apparently deficient of its exigency of reporting sufficiency and or amenability!

In regard to item questioned above, Data Reporter Street Address reported as Not Reporting for Experian, ▨▨▨▨ for Trans Union, and as Not Reporting for Equifax and as such are one or more seemingly deficient of its exigency of reporting commensurateness and or decorum elsewise! I here now file a written challenge to and for the accusing data reporter and for each any and all of the accepting data reporting repositories to factually attest to thereby corroborating at least the minimally required adequacy of its own reporting and in doing so naturally satisfying the minimal criterion to have utilized their obviously previously-taken-for-granted privilege to report.

## Erase now or transmogrify as indicated so to not report any derogatory allegation(s) versus me each any and all negative aspects of the illicit claims following:

**SELF                        FINANCIAL                    INC**
**LEA** ▨ 0000000053596▨  CRD0000000053596▨  CRD0000000053596▨▨

Mixed NEGATIVE  Other/Unknown Accounts CHARGEOFF/COLLECTION-related accounts

-D1TXF   COFF

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| *HRCF12 Data Reporter Name D | *HRCF12 SELF FINANCIAL INC / LEA .. .. | | |
| *HRCF13 Data Reporter Street Address D | 901 E. 6TH STREET SUITE #400 .. | | |
| *HRCF13 Data Reporter City, State, and Postal Zip Code D | AUSTIN , TX, 78702 .. | | |
| *HRCF14 Data Reporter Telephone Number D | 8778830999 .. | | |
| *BSCF5 Data Reporter Identification Number D | 02ANW004 .. | | |
| ^NTCU^ Item's Subscriber Number D | 02ANW004 E | 2932264 E | 786BB00902 E |
| *HRCF8 Activity Date D | 09/20/2024 E | 08/01/2024 N | 04/01/2024 N |
| *BSCF7 Account Name Number: D | D0000000053596**** I | CRD0000000053596**** E | CRD0000000053596**** E |
| *HRCF3 Account Cycle Identifier: D | -- M | -- M | -- M |
| ^NTCU^ Date Account Reported: D | 09/24/2024 E | 08/25/2024 E | 10/01/2024 N |
| *BSCF9 Portfolio Type (Account Type-Detail): D | Secured credit card E | Credit line secured I | Secured credit card I |
| *BSCF8 Account Type: D | Secured credit card E | Credit line secured I | Secured credit card I |
| *BSCF21 Account Current Balance: U | -- M | $2615 .. | -- M |
| ^NTCU^ Date of Account Balance: D | 09/20/2024 E | 08/01/2024 N | 04/01/2024 N |
| *BSCF15 Scheduled Monthly Payment Amount: U | -- M | $500 .. | -- M |

| | | | |
|---|---|---|---|
| *BSCF14 Account Terms Frequency: D | -- M | -- M | -- M |
| *BSCF13 Account Terms Length: D | -- M | -- M | -- M |
| *BSCF11 Credit Limit: U | $1,175 .. | $1,175 .. | -- M |
| *BSCF12 Account Highest Credit: D | $3,474 I | $3,474 I | $2,630 I |
| *BSCF27 Date of Last Payment: D | 09/20/2024 E | 02/16/2024 E | 04/01/2024 N |
| *BSCF27 Amount of Last Payment Received: U | -- M | $500 .. | -- M |
| *BSCF22 Past Due Amount: Q | -- M | $412 .. | -- M |
| ^NTCU^ Account Condition: Q | Paid E | Open E | Derogatory Q |
| *BSCF11 Account Credit Limit: U | $1,175 .. | $1,175 .. | -- M |
| *BSCF12 Account High Balance/Original Balance: D | $3,474 I | $3,474 I | $2,630 I |
| ^NTCU^ Account's Date Opened: D | 04/04/2022 I | 04/01/2022 N | 04/01/2022 N |
| *BSCF26 Account's Closed Date: D | 02/11/2024 .. | -- M | -- M |
| *K1S-3 Creditor Type: D | Sales Financing I | All Banks E | All Banks E |
| *K1S-3 Original Creditor: D | -- M | -- M | -- M |
| *K1S-3 Account Ownership Type: .. | Individual .. | Individual .. | Individual .. |
| *BSCF17A Account Status: D | Closed E | Open I | Closed I |
| ^NTCU^ Account Status Information: Q | Paid E | Open E | Derogatory Q |
| ^NTCU^ Account Rating: Q | Paid E | Open E | Derogatory Q |
| ^NTCU^ Payment Status: Q | Collection/Chargeoff Q | Late 150 Days Q | Collection/Chargeoff Q |
| *BSCF17B Payment Rating: .. | N/A .. | N/A .. | N/A .. |
| ^NTCU^ Date of Account Information: D | 09/20/2024 E | 08/01/2024 N | 04/01/2024 N |
| *BSCF37 ECOA Code: Q | Paid E | Open E | Derogatory Q |
| *BSCF20 Account Dispute Status: .. | Account not disputed .. | Account not disputed .. | Account not disputed .. |
| ^NTCU^ Date Last Verified: D | 09/24/2024 .. | -- M | -- M |
| BSCF19 Creditor Remarks: Q | Payment after charge off/collection Paid profit and loss Q | M | Paid charge off Secured credit card Q |

**Two-Year Payment History**

| TransUnion | None Reported |

| Experian | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Jun 2024 | Jul 2024 |
| Equifax | Oct 2022 | Nov 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 |
| | Oct 2023 | Nov 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | Apr 2024 | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 |

The currently reported SELF FINANCIAL INC / LEA with account number displayed as SELF FINANCIAL INC / LEA on my Trans Union report, shown as this information is NOT REPORTED on Experian in this reported claim on my Experian report, and alleged as this information is NOT REPORTED on Equifax in this reported claim on my Equifax report. Any inconsistency, incompleteness, inaccuracy, or omission of the reported item serves as a anomaly from the mandatorily utilized reporting industry's own Metro 2 Data-filled Field Formatted reporting compliance standards, of which there can be NO DEVIATION without JEOPARDIZING THE INTEGRITY OF THE DATA (see CDIA CRRG 3-4) and as so is lawfully questionable until evident confirmation of all aspect(s) of claim(s) are factually true, correct, complete, timely, physically verifiable, and elsewise undeniably valid particularly if not certifiably compliant in full according to the above-mentioned Metro 2 formatted industry requirements. With that in mind, please consider the following suspect reported data fields alleged for this now contested reported item of injury:

In regard to item questioned above, Account's Closed Date: reported as Not Reporting for Experian, 02/11/2024 for Trans Union, and as Not Reporting for Equifax are one, two, or each apparently in potential deviation(s) from the requisite standard(s) for the compliant reporting, thereby making such reported claims a concern due in part to lesser integrity of data as reported (per CRRG3-4). OBVIOUSLY, INTEGRITY is the intention of fair and ethical reporting satiety!

On the subject of the item questioned above, ECOA Code: reported as Open for Experian, Paid for Trans Union, and as Derogatory for Equifax and as such is one, each or all in aberrancy from the requisite standard(s) and or is not proven much less certifiably compliant to its principal mandates as its relevant and consequential for compliant reporting acquiescence. This field, as reported, is a divergence from the established CDIA's reporting standards and or is evidently reported one or more of being untrue, inaccurate, inconsistent, incomplete, untimely, unverifiable, and or else wise not confirmed certifiably compliant to all mandates for ethical and lawful reporting proclivity! Clearly, this field asserts that potentially this item of reporting is or is not yet unproven to be an aberrancy at issue with reporting accuracy and or compliance standards.

In regard to item questioned above, Account Type: reported as Credit line secured for Experian, Secured credit card for Trans Union, and as Secured credit card for Equifax and as such is in apparent deviation from the requisite standard(s) for certifiably compliant reporting, hence the genesis of my rightful consumer complaint contesting reporter's privilege to report this claim unless it accepts and

successfully fulfills the challenge to prove indisputably its confirmed and demonstrated adequacy of reporting practices and process to include no less than the full adherence of their required perfection and completeness of the Credit Reporting Industry's mandatorily utilized Metro 2 Format standards. As such, either one or more as a matter of course is not doubt deficient of its exigency of reporting proficiency!

Bearing attention to the item questioned above, Account High Balance/Original Balance:   reported as $3,474 for Experian, $3,474 for Trans Union, and as $2,630 for Equifax and as such is in apparent deviation from the requisite standard(s) for certifiably compliant reporting, hence the genesis of my rightful consumer complaint contesting reporter's privilege to report this claim unless it accepts and successfully fulfills the challenge to prove indisputably its confirmed and demonstrated adequacy of reporting practices and process to include no less than the full adherence of their required perfection and completeness of the Credit Reporting Industry's mandatorily utilized Metro 2 Format standards, and as such are one or more likely deficient of its exigency of reporting edict, and as such are one or more for all intents and purposes deficient of its exigency of reporting Appropriateness!

As to and in consideration of the item questioned above, Activity Date  reported as 08/01/2024 for Experian, 09/20/2024 for Trans Union, and as 04/01/2024 for Equifax and as such is one, each or all in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its magisterial mandates as its prerequisite for compliant conformity in reporting. This field, as reported, is a deviation from the established CDIA's reporting standards and or is reported one or more of being untrue, inaccurate, inconsistent, incomplete, untimely, unverifiable, and or else wise not confirmed certifiably compliant to all mandates for ethical and lawful reporting!

With reference to item questioned above, Data Reporter Street Address  reported as Not Reporting for Experian, 901 E. 6TH STREET SUITE #400 for Trans Union, and as Not Reporting for Equifax and as such is one, each or all in aberrancy from the requisite standard(s) and or is not proven much less certifiably compliant to its principal mandates as its relevant and consequential for compliant reporting. This field, as reported, is a divergence from the established CDIA's reporting standards and or is reported one or more of being untrue, inaccurate, inconsistent, incomplete, untimely, unverifiable, and or else wise not confirmed certifiably compliant to all mandates for ethical and lawful reporting! Clearly, this field asserts that potentially this item of reporting is or is not yet unproven to be an aberrancy at issue with reporting accuracy and or compliance standards.

In regard to item questionably reported above, please note that Account Cycle Identifier:   is reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax are one, two, or each apparently in potential deviation from the requisite standard(s) for the compliant reporting, thereby making such reported claims a concern due in part to lesser integrity of data as reported (per CRRG3 - 4). As reported, there can be NO deviation from the requisite standard(s) for the compliant reporting of Data fields within any Metro 2 Field nor else wise in regard to this mandatorily accurately depicted data field.

The above, as displayed above, consummates again as yet another rightful attempt on my part to work with you so together we can better resolve this issue before I have no other choice other than consider taking legal action versus you seeking not only monetary damages and awards versus you but as well penalties withstanding for each all and any of your injurious, negligent, reckless, non-compliant reported items of sophism,be it . Your reporting errors are costing me unfair disapprovals of credit, and unjustly inflated interest rates. I am allowing you the following choices for adequate rectification(s):

So, we are each in clarity, please understand that I will accept no less than the confirmed regulatorily required reported lawfully compliant claim(s) information versus me to be alleged yet uncontested. All claims MUST be to a maximum POSSIBLE ACCURACY and MAXIMUM POSSIBLE COMPLETENESS,

yet these claim(s) aspects are more exposing of reporting deviations or inadequacies elsewise, each potentially jeopardizing the integrity of the claim(s) alleged (SEE CDIA's CRRG 3-4) . In fact, I will allot to you up to 7 days from the receipt of this letter to acknowledge and modify with undeniable adequacy and fairness muchless with sure maximum possible correctness and completeness in total compliance of reporting requirements expectable of and from you, else legal action may well be the direction I have elected to have then taken. If I take legal action, I assure you that the cost will be much higher to your company. It will benefit both parties to take immediate action. By selecting one of the available options I have provided, I will consider this matter settled and pursue no further action(s). I must solicit for the verification(s) and validation(s) of certifiably compliant reporting in agreement with each any and all aspects of I hereby lawfully request be in the form of a notarized statement by a person with original knowledge of the debt as it was constituted and who can testify that the debt was incurred legally, was not subsequently dubious as a result of returned, faulty, or recalled consumer products, was not utilized as a profit-loss tax deduction during the period it may have been payable, and was not claimed as a loss with any insuring entity during the period it may have been payable. Illustrate now the Proof each any and all claim(s)

Thank you for your time and help in this matter.

**Sincerely,**

**BRYAN FITZGABBON**


**P.s. My NEXT letter will be a notification of my LOITS! ! So that you do not need for a legal dictionary, a LOITS notice is a Letter Of Intent To Suit! You BEST be PROVEN COMPLIANT to ALL requirements and standards of FCRA COMPLIANCE and also of the implemented CRSA enacted CDIA implemented Metro2 Compliance mandates as well. I will demand verification that each employee at your firm which MIGHT have seen or conducted any business on the file you allege mine has been properly trained by a certified and qualified instructor of the Metro 2 data field formatted reporting standards. I am NOT shy in detailing my DOUBTS you can withstand the requisites to survive a court hearing versus me as I leverage your DEFICIENCIES for a slew of victories being awarded a minimum of $1000 PER VIOLATION PER TIME, and there certainly appears to be a bucket full. So, let's do this! Anything OTHER than your letter describing to me that you have already begun or completed the annulment of these unproven claims versus me and have eradicated ENTIRELY any and all aspects of records of what you allege being mine (yeah!) will IMMEDIATE compel me to assume your hostile to my demands of proper reporting and I will assume that your ignorance of appropriate and adequate duties are willful and intentionally injurious. Being such, civil suits are obvious however criminal charges are not out the question, particularly if your chicanery-led subterfuge brings forth or allows.**

US POSTAGE PAID

Origin: 94585
08/01/25
0575720385-70

**$10.90**

**P**

PRIORITY MAIL®

0 Lb 10.00 Oz

RDC 03

C037

EXPECTED DELIVERY DAY: 08/04/25

SHIP
TO:
475 ANTON BLVD
COSTA MESA CA 92626-7037



USPS TRACKING® #

9505 5108 7497 5213 4783 01



ReadyPost

TO:

Darryl Gibson
Experian Information Solutions Inc
475 Anton Boulevard
Costa Mesa, CA 92626

94585

